# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

YALOBUSHA COUNTY, MISSISSIPPI, ET AL.    PLAINTIFFS

versus    Civil Action No. 3:19-cv-43-GHD-JMV

ENPRO INDUSTRIES, INC., ET AL.    DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(1)(B) provides, "[a] motion to remand... will stay the attorney conference and disclosure requirements and all discovery *not relevant to the remand*… and will stay the parties' obligation to make disclosures pending the court's ruling on the motion..." L.U. Civ. R. 16(b)(1)(B) (emphasis added). A motion to remand [15] has been filed. Therefore, staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** and the [8] case management conference will be cancelled pending a ruling on the motion to remand. The parties must promptly notify the magistrate judge of any order denying a motion to remand and must promptly submit a proposed order lifting the stay.

**SO ORDERED** this, Monday, April 1, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**