# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

YALOBUSHA COUNTY, MISSISSIPPI, ET AL.                              PLAINTIFFS

versus                                           Civil Action No. 3:19-cv-43-GHD-JMV

ENPRO INDUSTRIES, INC., ET AL.                                     DEFENDANTS

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [21], staying this case pending a ruling on the [15] motion to remand to state court. The District Judge has now ruled on the motion. *See* Docket Numbers 32 and 33. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference shall be set by further notice of the court.

**SO ORDERED** this, Wednesday, June 26, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**