IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

YALOBUSHA COUNTY, MISSISSIPPI, ET AL.                    PLAINTIFFS

versus                                Civil Action No. 3:19-cv-43-GHD-JMV

ENPRO INDUSTRIES, INC., ET AL.                           DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

L.L.D., LLC; et al.                                      PLAINTIFFS

v.                                    CIVIL ACTION NO. 3:19-cv-00046-GHD-JMV

ENPRO INDUSTRIES, INC; SAMUEL
G. WILLIAMSON; et al.                                    DEFENDANTS

**ORDER**

These cases are before the court *sua sponte* for consolidation for discovery purposes and motion practice.[1] These cases were removed simultaneously; involve substantially the same defendants, plaintiff's attorneys, and defense attorneys; and both actions arise from the same incident and likely involve some common questions of law and fact.

**THEREFORE, IT IS ORDERED** these cases are hereby consolidated for the purposes of discovery and motion practice.

**SO ORDERED** this the 31st day of July, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**

---

[1] "A motion to consolidate is not required; the court may invoke Rule 42(a) *sua sponte*." *Miller v. U.S. Postal Serv.*, 729 F.2d 1033, 1036 (5th Cir. 1984); *see also Am. Home Assur. Co. v. Roxco*, Ltd., 81 F. Supp. 2d 674, 681 (S.D. Miss. 1999).