UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| YALOBUSHA COUNTY, MISSISSIPPI, by and through THE BOARD OF SUPERVISORS OF YALOBUSHA COUNTY, MISSISSIPPI; and THE BOARD OF TRUSTEES OF YALOBUSHA GENERAL HOSPITAL OF YALOBUSHA COUNTY, MISSISSIPPI | **PLAINTIFFS** |
| VS. | CIVIL ACTION NO. 3:19-cv-43-GHD-JMV |
| ENPRO INDUSTRIES, INC.; ENPRO HOLDINGS INC.; GOODRICH CORPORATION; AND SAMUEL G. WILLIAMSON | **DEFENDANTS** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Yalobusha County, Mississippi, by and through The Board of Supervisors of Yalobusha County, Mississippi and The Board of Trustees of Yalobusha General Hospital of Yalobusha County, Mississippi and Defendants EnPro Industries, Inc., EnPro Holdings, Inc. and Goodrich Corporation, by and through their counsel of record, hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATED AND AGREED:

| *Attorney for Plaintiffs* | *Attorney for Defendants* |
|---|---|
| */s/ William Liston, III* | */s/ Phillip S. Sykes* |
| LISTON & DEAS PLLC | BUTLER SNOW LLP |
| Post Office Box 14127 | Post Office Box 6010 |
| Jackson, MS 39236 | Ridgeland, MS 39158-6010 |
| Telephone: (601) 981-1636 | Tel: (601) 948-5711 |
| Facsimile: (601) 982-0317 | Fax: (601) 985-4500 |
| william@listondeas.com | Phillip.Sykes@butlersnow.com |

## **CERTIFICATE OF SERVICE**

I, William Liston, III, do hereby certify that I have this day filed the above and foregoing document with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

SO CERTIFIED, this the 8th day of January, 2020.

        */s/William Liston, III*
        WILLIAM LISTON, III

50732398.v1